IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAN KUHR, CASSIE KUHR, et al., | ) | Case No. 8:09cv363 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MILLARD PUBLIC SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by Jeffrey Wagner, counsel for Plaintiffs,

**IT IS ORDERED:**

1. On or before **January 24, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference set for December 28, 2010, is cancelled upon the representation that this case is settled.

Dated this 23rd day of December 2010.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge