IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEANNE KUHR, by and through their mother and next friend of Dan Kuhr, Cassie Kuhr, and Nick Kuhr, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:09CV363 |
| V. | ) ) | |
| MILLARD PUBLIC SCHOOL DISTRICT, and DR. KEITH LUTZ, in his capacity as Superintendent of Millard Public Schools, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Amber N. Fullwood, one of the attorneys for Plaintiffs, has moved for leave to withdraw as counsel (filing 77) for the reason that she has left the employment of Domina Law Group. As the attorneys employed with Domina Law Group will continue to represent Plaintiffs in this action, Ms. Fullwood's motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Amber N. Fullwood's Motion to Withdraw (filing 77) is granted.

2. The Clerk shall terminate the appearance of Ms. Fullwood as Plaintiffs' counsel in this matter.

3. The Clerk of Court shall terminate future notices to Ms. Fullwood in this matter.

**DATED October 6, 2011.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge