IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEANNE KUHR, by and through their mother and next friend of Dan Kuhr, Cassie Kuhr, and Nick Kuhr, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:09CV363 |
| V. | ) ) | |
| MILLARD PUBLIC SCHOOL DISTRICT, and DR. KEITH LUTZ, in his capacity as Superintendent of Millard Public Schools, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

   Defendants have filed a motion requesting an extension of time to file a reply brief in connection with their motion for summary judgment. (Filing 76). The deadline for Defendants to submit a reply brief has passed. Accordingly, the instant motion will be denied as untimely.

   **IT IS ORDERED:**

   1.   Defendants' Motion for Enlargement of Time (filing 76) is denied.

   **DATED October 6, 2011.**

                                          BY THE COURT:

                                          S/ F.A. Gossett
                                          United States Magistrate Judge