IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CASSIE KUHR and NICK KUHR, by and through their Mother and Next Friend, JEANNE KUHR, and DAN KUHR,**<br><br>    **Plaintiffs,**<br><br>  vs.<br><br>**MILLARD PUBLIC SCHOOL DISTRICT, and DR. KEITH LUTZ, in his capacity as Superintendent of Millard Public Schools,**<br><br>    **Defendants.** | **CASE NO. 8:09CV363**<br><br><br><br>**JUDGMENT** |

Pursuant to the verdict of the jury in favor of the Defendants Millard Public School District and Dr. Keith Lutz, in his capacity as Superintendent of Millard Public Schools, with respect to the claims of Nick Kuhr, by and through his Mother and Next Friend, Jeanne Kuhr, and Dan Kuhr, on April 13, 2012; and pursuant to the Court's Memorandum and Order of this date granting the Defendants' Supplemental Motion for Directed Verdict as to Plaintiff, Cassie Kuhr;

IT IS ORDERED:

1. Judgment is entered in favor of the Defendants and against the Plaintiffs on all claims;

2. The Plaintiffs' claims are dismissed, with prejudice; and

3. The parties will bear their own costs and attorney fees.

DATED this 23rd day of April, 2012.

              BY THE COURT:

              s/Laurie Smith Camp
              Chief United States District Judge